ROBIN FRANCES BLACK | Account # ▮▮▮▮ 9616 | September 20 - October 19, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 10/18 | 10/19 | CM AUTO CA (702)685-5745NV | 7674 | 9616 | 100.00 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $100.0 |