
## Welcome to SunPath Funding
1 message

---

**donotreply@sunpathfunding.com** <donotreply@sunpathfunding.com>    Tue, Oct 22, 2019 at 10:00 AM
To: ████████████████

Hi ROBIN BLACK,

Congratulations on your recent vehicle service contract purchase.

Your service contract payment plan is being managed by SunPath Funding.

We've generated a temporary password to access your account--your login information is below.

Username: ██████████████████

Password : ███████

Website: https://account.sunpathfunding.com

Click to login: (login)

You can view the status of your account, make changes to your account, and make payments online through this portal.

Thank you,

SunPath Funding

Note : This is a system auto-generated mailing account - please don't reply.

**VAD**
2101 Business Center Dr 200
Irvine, CA 92612
866-336-1769

Robin Black

████████████████

Congratulations! Your valuable mechanical breakdown protection is detailed in the enclosed contract booklet. Please look it over and call with any questions you may have. Thank you for your purchase; we look forward to servicing your protection needs. Please call us for a quote on any other vehicle in your household. Vehicles under 150,000 miles may qualify for additional coverages, and multi-vehicle discounts are available.

Be sure to familiarize yourself with the coverage, maintenance requirements, and procedures in the event of a mechanical breakdown. Proper maintenance of your vehicle will contribute to a trouble free driving experience. You should follow your vehicle manufacturer's recommended maintenance for your driving habits.

We encourage you to store your new service agreement in your vehicle. This document contains important numbers needed in the event of a breakdown.

Welcome to our family of vehicle owners that have the peace of mind and financial security of mechanical breakdown protection.

**THANK YOU AGAIN!**

*Brian Jordan*

Protection Specialist

**IMPORTANT CONTACT NUMBERS:**

Claims: 888-990-7786

Roadside: 888-878-8259

WSTD01


gosunpath.com

# Contract Declarations

| Contract Holder | Service Contract No. |
|---|---|
| Robin Black | SAF076073 |

**Street Address**

████████████████

**City, State, Zip**

████████ TN █████

**Phone**

██████████████

| Year | Make | Model | VIN |
|---|---|---|---|
| 2015 | TOYOTA | PRIUS | JTDKN3DUXF1881480 |

| Odometer | Vehicle Purchase Price | Contract Purchase Date | Vehicle Class |
|---|---|---|---|
| 88,000 | | 10/18/2019 | 1 |

| Seller/Dealer/Vendor Name | I.D. |
|---|---|
| VAD | CEL0493 |

**Address**
2101 Business Center Dr 200

| City, State, Zip | Phone |
|---|---|
| Irvine, CA 92612 | 866-336-1769 |

| Finance Company | Payment Terms |
|---|---|
| Sf INSTALLMENT AGREEMENT | |

**Plan Name**
Sunpath Secure Adv Gold Used

| Plan Term | | Plan Code | Deductible |
|---|---|---|---|
| Months 48 | Miles 100,000 | SPSAGU | $ 100.00 |

| * Validation Period | Surcharges |
|---|---|
| 30 days and 1,000 miles | |

| Contract Purchase Price | Options ** |
|---|---|
| $4337.00 | |

The purchase of this contract is not required to either obtain financing or to purchase the motor vehicle. You have the right to transfer this Service Contract on the specified vehicle only to a subsequent private owner. Refer to the Transfer provision.

The undersigned purchaser of this Contract acknowledges that parts and labor benefits are subject to the validation period stated above  *PER PHONE*

**Certification:** The undersigned Purchaser of this Service Contract has selected the above coverage and options and understands that depending upon the coverage plan selected that parts and labor benefits are subject to the validations stated above. I agree that I have read and understand the above Contract provisions and implied warranty disclosure.

| *10/18/2019* | *PER PHONE* | *Brian Jordan* |
|---|---|---|
| Date | Service Contract Purchaser Signature | Seller/Dealer/Vendor Representative |

D1

NWS-SP-SA-GOLD (12-13)



peace of mind

for that next bump in the road...

# Care Free Driving is Ahead…

Separate the attached ID cards and key tags from the carrier. You can dispose of the carrier. Your contract document should be stored in a safe place. An ID card and/or key tag can travel with you so that you can easily contact your provider to determine benefits.

## VAD

**p e a c e   o f   m i n d**
for that next bump in the road…



### Robin Black

Contract #: SAF076073
VIN: JTDKN3DUXF1881480
Exp: 11/16/2023 | 189,000
Ded:$ 100

Coverage: Sunpath Secure Adv Gold Used
Claims: 888-990-7786
Roadside: 888-878-8259

## VAD

**p e a c e   o f   m i n d**
for that next bump in the road…



### Robin Black

Contract #: SAF076073
VIN: JTDKN3DUXF1881480
Exp: 11/16/2023 | 189,000
Ded:$ 100

Coverage: Sunpath Secure Adv Gold Used
Claims: 888-990-7786
Roadside: 888-878-8259

## Robin Black

**p e a c e   o f   m i n d**
for that next bump in the road…

392





p
for that next bump in the road…



for that next bump in the road…

## In the Event of a Breakdown:

1 Insure your safety and that of your passengers; protect your vehicle from further damage.
2 Deliver your vehicle to a licensed repair facility.
3 Give the repair facility permission to determine the cause of the breakdown, the required repairs, and the cost of such repairs.
*(NOTE: This may include diagnosis and teardown)*
4 Instruct the repair facility to call the claims authorization number shown in your contract prior to starting any repairs.
5 The contract administrator may provide a corporate credit card to pay for covered repairs.

\* Refer to your contract for complete instructions & details 

## In the Event of a Breakdown:

1 Insure your safety and that of your passengers; protect your vehicle from further damage.
2 Deliver your vehicle to a licensed repair facility.
3 Give the repair facility permission to determine the cause of the breakdown, the required repairs, and the cost of such repairs.
*(NOTE: This may include diagnosis and teardown)*
4 Instruct the repair facility to call the claims authorization number shown in your contract prior to starting any repairs.
5 The contract administrator may provide a corporate credit card to pay for covered repairs.

\* Refer to your contract for complete instructions & details 

## Tips and Reminders

Proper vehicle maintenance can go a long way towards keeping you safely on the road. Further, it is a condition of your breakdown protection agreement. You should always follow your vehicle manufacturer's recommended maintenance for your driving habits.

# Robin Black, You're Protected

392

# Congratulations on Your Smart Choice!

    

Contract # SAF076073
Deductible: $100
Claims: 888-990-7786
Roadside: 888-878-8259

Contract # SAF076073
Deductible: $100
Claims: 888-990-7786
Roadside: 888-878-8259

Administered by: SunPath Ltd.
Administrative Office:
25 Braintree Hill Park, Suite 100
Braintree, MA 02184
(888) 990-7786

This Contract is between You, the Purchaser and
Northcoast Warranty Services, Inc., the Provider/Obligor.

800 Superior Avenue E., 21st Floor
Cleveland, OH 44114
(866) 927-3097

In Florida, the Provider/Obligor and Administrator is SunPath LTD Corp. d/b/a
SunPath LTD Corp. of Delaware
FL License #19943, (888) 990-7786

D2

# Secure Advantage GOLD
## 888.990.7786

This **SERVICE CONTRACT is an agreement between YOU and US. WE, US, OUR** and **PROVIDER** refer to Northcoast Warranty Services, Inc., who is the party responsible to **YOU** for the benefits under this SERVICE CONTRACT, except in any states where required by law, where WE, US, OUR and PROVIDER mean the DEALER from whom YOU purchased or leased the VEHICLE described on the DECLARATION PAGE. **YOU, YOUR and CONTRACT HOLDER** refers to YOU, the purchaser of this SERVICE CONTRACT and the Vehicle described in the DECLARATION PAGE of this SERVICE CONTRACT. WE have contracted with SunPath, Ltd., 25 Braintree Hill Park, Suite 100, Braintree, MA 02184, 888-990-7786, hereinafter referred to as **ADMINISTRATOR**, to administer this SERVICE CONTRACT. All inquiries should be directed to the ADMINISTRATOR. Toll-free assistance is available at 888-990-7786.

In Florida this SERVICE CONTRACT is between YOU and SunPath LTD Corp. d/b/a SunPath LTD Corp of Delaware, Florida Certificate of Authority No.: 19943. SunPath LTD Corp. d/b/a SunPath LTD Corp of Delaware is also the SERVICE CONTRACT ADMINISTRATOR and handles all administrative functions of this SERVICE CONTRACT. All inquiries should be directed to SunPath LTD Corp. of Delaware at 888-990-7786.

## DEFINITIONS

- AUTHORIZED REPAIR(S), APPROVED REPAIR(S): All repairs must be approved and authorized by the ADMINISTRATOR as a condition of COVERAGE. Repairs performed without the prior approval or authorization from the ADMINISTRATOR will not be covered, except as provided for under Emergency Repairs.
- BREAKDOWN, MECHANICAL BREAKDOWN, MECHANICAL FAILURE: Defects in materials and workmanship of a COVERED PART to perform the function for which it was designed by its manufacturer.
- COVERAGE: The coverage afforded to YOU for YOUR VEHICLE is determined by the PLAN TYPE selected on the DECLARATION PAGE and more fully described in the PLAN COVERAGE section of this SERVICE CONTRACT.
- COVERED PART(S): Parts or components listed under the PLAN COVERAGE and subject to YOUR responsibilities for VEHICLE maintenance under the YOUR OBLIGATIONS section and subject to conditions described under "EXCLUSIONS".

- CONTRACT NUMBER: YOUR "CONTRACT NUMBER" on the DECLARATION PAGE is a unique number that identifies YOU, YOUR VEHICLE and YOUR COVERAGE. Please refer to this number with any communication regarding YOUR coverage or when filing a claim.

- DECLARATION PAGE: The page of this CONTRACT that specifies YOUR information, SELLER/DEALER information, applicable lien holder information (if any), COVERAGE selected by YOU, and other information pertaining to YOUR CONTRACT.

- DEDUCTIBLE: The amount on the DECLARATION PAGE that YOU will have to pay when YOU have a claim.

- EXPIRATION: YOUR SERVICE CONTRACT expires in accordance with the CONTRACT TERM that YOU purchased.
  The CONTRACT TERM is listed on the DECLARATION PAGE of this CONTRACT. All plans expire by time or mileage, whichever occurs first.
  - USED PLAN TERMS: Expiration by time is measured from the CONTRACT purchase date. Expiration by mileage is measured from the odometer mileage of YOUR VEHICLE on the CONTRACT purchase date.
  - NEW PLAN TERMS: Expiration by time is measured from the CONTRACT purchase date. Expiration by mileage is measured from ZERO (0) odometer miles, and not from the odometer mileage of YOUR VEHICLE on the CONTRACT purchase date.

- FACTORY, FACTORY WARRANTY: The Manufacturer of the VEHICLE and all warranty coverage provided to YOU by the Manufacturer of the VEHICLE at no additional cost. The FACTORY WARRANTY covers repairs to YOUR VEHICLE to correct any defects in components or workmanship.

- LIMITS OF LIABILITY: The total amount of OUR liability to YOU for any covered claim, or the aggregate of covered claims paid, as set forth in this SERVICE CONTRACT.

- SERVICE CONTRACT, CONTRACT: This SERVICE CONTRACT issued to YOU and covering YOUR VEHICLE as listed on the DECLARATION PAGE.

- VALIDATION PERIOD: YOUR COVERAGE is subject to a VALIDATION PERIOD of time and mileage from the date of CONTRACT purchase. There is NO COVERAGE during the VALIDATION PERIOD. The length of the VALIDATION PERIOD is listed on the DECLARATION PAGE of this CONTRACT and YOUR COVERAGE is effective the day following the expiration of the VALIDATION PERIOD. The time and mileage contained in YOUR validation period will be added to the plan's term and mileage.

- VEHICLE, YOUR VEHICLE: YOUR eligible passenger VEHICLE (1 ton or less) listed on the DECLARATION PAGE of YOUR SERVICE CONTRACT.
- SELLER/DEALER: The SELLER OR DEALER from which YOU purchased the CONTRACT.

## OUR OBLIGATIONS

Vehicle Repairs: Subject to the terms and conditions set forth in this CONTRACT. WE will pay YOUR repair facility or reimburse YOU for the reasonable parts and labor charges to repair or replace any BREAKDOWN of a part listed in the Plan Coverage Section of the plan that YOU have selected on the DECLARATION PAGE. All repairs must be approved and authorized by the ADMINISTRATOR as a condition of COVERAGE. Repairs performed without the prior approval or authorization of the ADMINISTRATOR will not be covered, except as provided for under Emergency Repairs. The ADMINISTRATOR will be solely responsible for determining the method of repair and amount of repair authorization. **Replacement parts may be new, used, remanufactured, or replacement parts of like kind and quality ("lkq"). Authorization for approved part charges will be determined by available published retail pricing, or prevailing manufacturers' suggested retail price (M.S.R.P.) as determined by the ADMINISTRATOR.** Approved labor charges will be determined using nationally published flat-rate manuals. The ADMINISTRATOR, in its sole discretion, will determine the labor rate for authorized repairs based on the average labor rate of repair facilities in the area. The labor rate will not exceed the posted labor rate of the repair facility. In the event YOU have selected the Enhanced Labor Option on the DECLARATION PAGE, the approved labor rate will be the posted rate of the repair facility.

- **Trip Interruption:** WE will reimburse YOU a maximum of two hundred forty dollars ($240.00) for lodging and meal expenses incurred by YOU should YOUR VEHICLE failure and covered repairs occur more than 100 miles from YOUR place of residence and YOU are stranded overnight. Reimbursement is limited to eighty dollars ($80.00) per day for charges incurred between the time YOUR VEHICLE failed and the time it is repaired.

- **Rental Vehicle Expense:** COVERAGE is calculated as follows: For every (7) hours of authorized labor approved by the ADMINISTRATOR, YOU qualify for one (1) day of reimbursement. Notwithstanding the foregoing, if an authorized claim requires more than four (4) hours of authorized labor, YOU will qualify for YOUR first day of reimbursement. If the ADMINISTRATOR requires an inspection which causes a delay, YOU will qualify for one additional day of reimbursement. At all times, the maximum benefit is $35.00 per day. In all cases, total reimbursement will not exceed $175.00. At no time will this benefit exceed the amount YOU were charged for vehicle rental, or otherwise include days that YOUR VEHICLE was not at the repair facility.

- **24 Hour Roadside Assistance:** YOUR VEHICLE will be covered over the term of YOUR SERVICE CONTRACT. Towing benefit is a maximum of one hundred dollars ($100.00) per occurrence and lock out service, fuel, fluid, or battery boost/jump (excluding the cost of fluids or fuel) up to a maximum of one hundred dollars ($100.00) per occurrence. IF YOUR VEHICLE requires Roadside Assistance, YOU must contact the Roadside Service Processing Center for prior approval and assistance. YOU will be provided with YOUR Roadside Assistance number by the ADMINISTRATOR as part of YOUR fulfillment documentation. The use of this Roadside benefit is limited to one (1) service type during any seven (7) day period. Please Note: The 24 Hour Roadside Assistance benefit is not intended to provide reimbursement of service secured independently of this CONTRACT. Fees for services incurred independently are NOT covered.

## YOUR OBLIGATIONS

- **YOU or YOUR repair facility must obtain approval prior to having any work performed on YOUR VEHICLE that may be covered by this SERVICE CONTRACT.** If YOU believe the failure may be covered by this SERVICE CONTRACT, YOU must have YOUR repair facility call the ADMINISTRATOR at 888-990-7786. **The ADMINISTRATOR must authorize any work before the work is performed.** Repairs performed without the prior approval or authorization of the ADMINISTRATOR will not be covered, except as provided for under Emergency Repairs.

- **YOU must maintain YOUR VEHICLE in accordance with manufacturer's specifications and maintenance schedules. Keep all receipts and licensed repair facility records that demonstrate YOUR compliance with this provision.** Proof of maintenance may be required when YOU file a claim. Failure to follow the manufacturer's maintenance schedule for YOUR VEHICLE may result in the denial of COVERAGE. Maintenance receipts must identify YOUR VEHICLE, date and mileage at the time of service, parts and labor charges, and originate from a licensed repair facility. If maintenance has been provided by YOU, then a detailed log including all dates and services with corresponding sales receipts for parts will be required.

- YOU are responsible for authorizing any teardown or diagnosis time needed to determine if YOUR VEHICLE has a covered failure. If it is subsequently determined that YOUR VEHICLE has a covered failure, the ADMINISTRATOR will approve the claim and pay the charges in accordance with the terms of this SERVICE CONTRACT. YOU will be responsible for any charges if it is determined that the failure is not covered by the plan that YOU have selected or under the terms of YOUR SERVICE CONTRACT.

- YOU are responsible for paying the DEDUCTIBLE for any claim authorized by the ADMINISTRATOR. ONLY ONE DEDUCTIBLE WILL APPLY TO ANY CLAIM, although a claim may include multiple component groups or parts replacements that are part of the repair. The amount of YOUR DEDUCTIBLE is listed on YOUR DECLARATION PAGE. YOUR DEDUCTIBLE does not apply to Roadside or Trip Interruption benefits that may be included in the plan YOU selected. If YOU purchased this SERVICE CONTRACT from an Automotive DEALER and the same DEALER is performing the authorized repair then up to $100 of the DEDUCTIBLE will be waived. If YOUR VEHICLE is being repaired at a preferred Repair Shop of the ADMINISTRATOR then up to $100.00 of YOUR DEDUCTIBLE will be waived.

## GENERAL PROVISIONS

LIMITS OF LIABILITY: This CONTRACT has limits of liability. OUR liability for any claim shall in no event exceed the actual cash value (ACV) of YOUR VEHICLE as listed in the National Automobile Dealers Association (N.A.D.A.) Official Used Car Guide for YOUR region (excluding tax, title, and license fees) at the time of claim presentation. If at any time the ACV of YOUR VEHICLE equals or exceeds the sum of all claims paid pursuant to this CONTRACT, the limits of liability hereunder shall be considered satisfied and no further coverage shall be due. If YOUR CONTRACT reaches its limits of liability during the course of a claim, the ADMINISTRATOR will authorize the difference between YOUR VEHICLE's ACV at that time and the aggregate of paid claims as of that date pursuant to YOUR CONTRACT. Notwithstanding the foregoing, if at any time the ACV of YOUR VEHICLE is determined to be less than one hundred and fifty percent (150%) of the amount YOU paid for YOUR SERVICE CONTRACT then the maximum liability of YOUR SERVICE CONTRACT will be one hundred and fifty percent (150%) of the amount YOU paid.

TERMINATION: This CONTRACT will immediately terminate if YOUR VEHICLE is sold or traded unless YOU have transferred this CONTRACT in accordance with the transfer provision listed in this CONTRACT.

## PLAN COVERAGE

**THESE PARTS ARE COVERED:**
This Contract covers ONLY the components/parts listed below:

1. **ENGINE:** (Gas or Diesel): All internally lubricated parts within the Engine including: Pistons, Piston Rings, Crankshaft and Main Bearings, Connecting Rods and Rod Bearings, Camshaft and Camshaft Bearings, Timing Chain, Timing Chain Tensioner, Timing gears, Intake and Exhaust Valves, Valve Springs, Valve Guides, Valve Lifters, Oil Pump, Push Rods, Rocker Arms, Rocker Arm Shafts, and

Hydraulic and Solid Lifters, Harmonic Balancer, Intake and Exhaust Manifold. Engine Mounts. The Engine Block, Heads, Timing Cover, Valve Cover(s) and Oil Pan are covered only if damage is caused by a FAILURE of any of the COVERED PARTS listed in this paragraph. Timing Belt failures are covered if the Contract Purchaser has followed the manufacturer's recommended maintenance schedule for replacement.

2. **TRANSMISSION:** (Automatic or Manual): All internally lubricated parts within the Transmission including the Torque Converter, Vacuum Modulator Valve, Transmission Mounts, and Internal Solenoids, Oil Pan, Transmission Cooler, Shift Linkage and Bushing, Flywheel. The Transmission Case is only covered if damage is caused by a FAILURE of any of the COVERED PARTS listed in the preceding sentence.

3. **TRANSFER UNIT:** (4x4): Internally lubricated parts within the Transfer Unit including Bearings, Bushings, Sprockets, Chains, Sleeves, Shift Forks and Gears (excluding electrical items). The Transfer Case is only covered if damage is caused by a FAILURE of any of the above COVERED PARTS.

4. **DIFFERENTIAL ASSEMBLY:** (Front and Rear) Axle Shaft, Ring and Pinion, Bearings, Bushings, Washers, Differential Housing and Differential Cover only if damage is caused by a FAILURE of an internally lubricated part. All other internal parts contained with the differential assembly.

5. **DRIVE AXLE:** (Front and Rear) Drive Axle, Constant Velocity Joints (CV boots must not be torn at time of failure), Center Support Bearings, Locking Hubs, Drive Shaft and Universal Joints.

6. **COOLING SYSTEM:** Water Pump, Water Pump Housing, Radiator and Cap.

7. **FUEL DELIVERY:** Fuel Pump, Fuel Injection Pump, Metal Fuel Delivery Lines, Pressure Regulator, Vacuum Pump, Fuel Tank, Fuel Tank Sending Unit.

8. **ADVANCED ELECTRICAL:** Alternator, Voltage Regulator, Starter Motor, Starter Solenoid and Starter Drive, Distributor, Ignition Switch, Ignition Lock Cylinder, Engine Wiring Harness, Front and Rear Window Wiper Motor, Washer Pump Motor and Switch, Automatic Climate Control Programmer, Electronic Instrument Cluster, Fuel Gauge, Cooling Sender, Cruise Control Module, Power Window Motor, Power Seat Motor, Power Window Switches, Power Door Lock Switches, Power Door Lock Actuator, Head Lamp Switch, Neutral Safety Switch, Reverse Indicator Switch, Stop lamp switch, Reverse Indicator Switch, Electric Horn.

9. **AIR CONDITIONING:** Compressor, Condenser, Condenser Fan Motor, Compressor Clutch and Pulley, Expansion Valve, Evaporator. The following parts are also covered if required in connection with the repair of a covered part named above:

Accumulator/Receiver Dryer, Orifice Tube, Oil and Refrigerant, Coverage applies to factory installed units only.

10. **STEERING:** All internal parts contained within Rack and Pinion, Including Control Valves, Internal seals, Bearings, Shafts, Gears and Hoses. The Steering Box and Pump Housings are covered only if damaged by the failure of internally lubricated parts. Steering Knuckles, Pitman Arm, Idler Arm, Tie Rod Ends, Drag Link, Steering Dampeners, Upper/Lower Steering Shafts and Couplings.

11. **FRONT and REAR SUSPENSION:** Upper and Lower Control Arms, Control Arm Shafts and Bearings/Bushings, Upper and Lower Ball Joints, Torsion Bars, Radius Arms and Bushings, Stabilizer Bar, Links and Bushings, Spindle and Spindle Support, Wheel Bearings.

12. **BRAKES:** Master Cylinder, Vacuum Assist Booster, Disc Brake Calipers, Wheel Cylinders, Combination/Distribution Valve, Proportioning Valve, ABS Master Cylinder, Pressure Modulator Valve, Isolation Dump Valve, Hydraulic Pump/ Motor assembly, Hydraulic Lines and Fittings, Accumulator, Wheel Speed Sensors.

13. **TURBO/SUPERCHARGER:** Turbocharger/Supercharger Housing, Turbo Boost Valve, Turbo Waste Gate Actuator, Bearing, Bushing, and all other internal parts, Seals and Gaskets. Vehicles with non-manufacturer installed Turbo/ Superchargers are not eligible for any coverage.

14. **SEALS and GASKETS:** All Seals and Gaskets are covered for premature failure if YOUR VEHICLE has less than 125,000 miles at the time of failure. No COVERAGE is provided after YOUR VEHICLE registers 125,000 odometer miles. **Seepage of Seals and Gaskets are considered normal wear and tear and is not covered under this Service CONTRACT. Any damage due to loss of fluid is not covered.**

## OPTIONAL COVERAGE

- **TECHNOLOGY GROUP:** If YOU have selected the Technology Group option on YOUR DECLARATION PAGE and paid the additional charge the following components are covered only if they were installed by the Manufacturer: GPS Navigation Components, DVD/Electronic Entertainment System, Captain's Chair Motors and switches, Rear Passenger Ventilation Controls and Switches, Auxiliary Light Switches, Rear Air Conditioner Components: Expansion Valve, Evaporator, Capacitors, Relays, Blower Motor and Switch, and Seals and Gaskets. All coverage is limited to vehicle installed components. **Remote controls, DVDs and other removable components are not covered.**

- **ENHANCED LABOR OPTION:** If YOU have selected the Enhanced Labor option on YOUR DECLARATION PAGE and paid the additional charge, the administrator will not determine the average labor rate of repair facilities in the area when adjudicating

the claim. The maximum payable repair facility labor rate for a claim approved by the ADMINISTRATOR will be the publicly posted labor rate of YOUR authorized repair facility.

- **EMISSIONS COVERAGE OPTION:** If YOU have selected the Emissions Coverage option on YOUR DECLARATION PAGE and paid the additional charge, the following components of YOUR VEHICLE will be covered: Air Fuel Ratio Sensor/Oxygen Sensor, Air Pump, Barometric Pressure Sensor, Canister Purge Solenoid, EVAP Purge Canister, EVAP Leak Detection Pump And Valve, EVAP Vent Valve, Deceleration Valve, EGR Valve, EGR Solenoid, EGR Check Valve, DPFE Sensor, EGR Controller, EGR Diverter Valve, EGR Relay, Purge Valve, EGR Position Sensor, EGR Lines, EGR/EFE Thermal Vacuum Switch, EGR/EFE Valve, Engine Oil Fill Cap, Fuel Fill Neck Restrictor, Fuel Tank Pressure Sensor, Fuel Tank Vent Valve, Fuel Temperature Sensor, Idle Air Control Valve, Intake Air Resonator, Intake Air Temperature Sensor, MAP Sensor, Mass Air Flow Sensor, PCV Sensor, Air Injection Control Valve, Air Injection Check Valve, Air Injection Pump, Air Injection Relay.

## MANDATORY SURCHARGES

- **Four (4) Wheel/All-Wheel Drive:** If YOUR VEHICLE is equipped with 4 Wheel/All Wheel Drivetrain, this surcharge must be selected on the DECLARATION PAGE. COVERED PARTS: All components in the Differential Assembly and Transfer Case including: Drive Chain, Drive Chain Gears, Planetary Gears, Ring Shift Forks, Bearing, Bushing, Oil Pump Output Shaft, Main Shaft Washers and all other internal lubricated parts, Seals and Gaskets, Differential Housing, Axle Shaft, Ring and Pinion, Bearing, Bushing, Washers, Differential Cover, 4 Wheel Drive Actuator, Locking Hubs and all other internal parts contained with the differential assembly with Seals and Gaskets.

- **Diesel:** If YOUR VEHICLE is equipped with a diesel engine, this surcharge must be selected on the DECLARATION PAGE. COVERED PARTS: By mechanical failure only; fuel injector, fuel pump, pressure regulator and metering valve.

- **ONE (1) Ton Vehicle:** If YOUR VEHICLE has a one ton gross vehicle weight (GVW) capability, this surcharge must be selected on the Registration Page. ONE TON VEHICLES ARE NOT ELIGIBLE FOR COMMERCIAL USE.

## VEHICLE BREAKDOWN

*Call the Administrator 888-990-7786*

Case 2:21-cv-00012-JRG Document 1-2   Filed 01/13/21   Page 15 of 32 PageID #: 23

If YOUR VEHICLE has a MECHANICAL BREAKDOWN YOU must follow the following procedures:

1. Immediately take action to prevent any further damage. This may require that YOU to stop YOUR VEHICLE and call for Roadside Assistance to have YOUR VEHICLE towed. This CONTRACT will not cover damage caused by YOUR failure to observe warning lights, vehicle gauges, repair a failed component or take action to prevent further damage.

2. Take YOUR VEHICLE to a licensed repair facility of YOUR choice.

3. Instruct the repair facility to call the ADMINISTRATOR to obtain authorization for the claim. Repairs made without prior authorization by the ADMINISTRATOR will not be covered.

4. Provide US and/or the repair facility with a copy of reasonably required documentation. This may include a copy of this CONTRACT, receipts for car rental and lodging expenses, receipts for maintenance (which include dates of service, vehicle mileage, description of services and amount paid).

- Emergency Repairs: If a BREAKDOWN occurs outside of the ADMINISTRATOR's normal business hours and YOUR VEHICLE can be immediately repaired by a repair facility, the ADMINISTRATOR may waive the pre-authorization requirement under the following circumstances: (i) both the BREAKDOWN and the repair must have occurred within 24 hours of each other and occurred outside of the ADMINISTRATOR'S operating hours; and (ii) all documentation for the repair including dates, description of failure, part numbers and failed components must be available to the ADMINISTRATOR on the first business day following the repair. YOU must contact the ADMINISTRATOR on the first business day following the repair (365 days in Wisconsin) (as soon as reasonably possible in Utah). The repair will only be covered if the failure is for components that are covered by YOUR CONTRACT and would have been approved by the ADMINISTRATOR during normal business hours.

## CLAIMS PROCEDURES

- YOU may have YOUR VEHICLE repaired at any licensed repair facility of YOUR choice.
- YOU are responsible for authorizing the diagnosis and tear down of YOUR VEHICLE to the point where mechanical failure can be determined. If the failure is covered by this SERVICE CONTRACT, the reasonable cost of diagnosis and teardown will be authorized by the ADMINISTRATOR, in its sole discretion, as part of the claim. The amount of any authorization will be determined by nationally published parts and labor guides. NO payments will be approved or made for diagnosis or teardown for failures that are not covered by this SERVICE CONTRACT.

- NO failed components should be discarded or repairs performed until authorization is received from the ADMINISTRATOR. The ADMINISTRATOR reserves the right to inspect failed components at any time.
- The ADMINISTRATOR reserves the right to send an inspector to the repair facility to review and document mechanical failure prior to approving the claim.
- The ADMINISTRATOR will provide the repair facility with an authorization number when the claim is approved and the repair facility is authorized to begin repairs.
- When the work is complete the ADMINISTRATOR will require the repair shop to provide reasonable documentation that the repairs have been completed as authorized. The ADMINISTRATOR will then pay the repair shop directly for the amount approved, or can reimburse YOU. If YOU are seeking reimbursement, YOU will need to provide the ADMINISTRATOR with the reasonable documentation from the repair facility that the repairs were completed as authorized. The documentation must include the parts that were replaced, services performed, date work was performed, mileage at the time of repair and proof that YOU have paid for the repairs in full.
- When YOU pick up YOUR VEHICLE:
  - Review the work completed by the repair facility;
  - Pay YOUR DEDUCTIBLE listed on the DECLARATION PAGE;
  - Pay any charges not covered by this SERVICE CONTRACT;
  - Obtain a receipt for the repair and YOUR claim authorization number.
- If YOU are seeking reimbursement for a Rental Vehicle (Must be through a licensed Rental Vehicle Agency) or for Trip Interruption expenses, YOU must provide receipts that coincide with the dates of YOUR authorized repair and meet the terms of YOUR COVERAGE as provided for in this CONTRACT.
- Claims must be submitted to the ADMINISTRATOR within 6 months of a component failure (365 days in Wisconsin) (as soon as reasonably possible in Utah). Claims submitted after this timeframe will not be accepted.

**NOTICE:** OUR obligations under this SERVICE CONTRACT are backed by a service contract reimbursement insurance policy issued by **Wesco Insurance Company** If any valid claim is not paid within sixty (60) days (thirty (30) days in Arizona) after proof of loss has been filed with US, YOU may contact Wesco Insurance Company directly at **59 Maiden Lane, 43rd Floor, New York, NY 10038 or (866) 505-4048.**

10

# EXCLUSIONS (WHAT IS NOT COVERED BY THIS SERVICE CONTRACT)

1. ANY REPAIR OR REPLACEMENT OF ANY VEHICLE COMPONENTS MADE WITHOUT THE PRIOR AUTHORIZATION OF THE ADMINISTRATOR OF THIS SERVICE CONTRACT (Except as noted under Emergency Repairs).
2. Any breakdown caused by a lack of proper lubricants or the necessary amounts of coolants or lubricants.
3. Any breakdown caused by contamination of the VEHICLE'S fuel, fluids or lubricants, or damage caused by fuels containing more than 10% ethanol.
4. Any breakdown caused by a lack of maintenance including but not limited to oil changes, coolant flushes, alignments and other maintenance specified by the Manufacturer of the Vehicle.
5. Misuse, abuse, or if YOUR VEHICLE has been used for plowing snow, racing, competitive driving or towing a trailer in excess of two thousand pounds without a factory installed towing package. Towing a trailer which exceeds the specifications of YOUR VEHICLE or its towing package. Any use of the VEHICLE for purposes other than intended or approved of by the Manufacturer.
6. Any parts not specifically listed under the COVERAGE that YOU selected.
7. Any breakdown caused by overheating, regardless of cause.
8. Any fluids not required for the completion of an authorized repair.
9. Any breakdown caused by rust or corrosion.
10. Any breakdown caused by intervening events such as vandalism, fire, collision, theft, riot, or explosion.
11. Any breakdown caused by weather related damage such as freezing, earthquake, lightning, wind damage, hail, water, or flood.
12. Failure to protect YOUR VEHICLE from further damage when a breakdown has occurred. (Ex: Continued operation of YOUR VEHICLE when overheating)
13. Any breakdown that occurs while YOUR VEHICLE's odometer is disconnected or has been tampered with. If YOUR VEHICLE's odometer fails, YOU must promptly repair it. If YOU do not promptly repair a defective odometer this SERVICE CONTRACT is subject to cancellation.
14. Repair or replacement of components for the purpose of improving operating performance when a failure has not occurred or if YOUR VEHICLE is operating within acceptable tolerances. This includes, but is not limited to, work performed to improve engine compression or reduce oil consumption.
15. Repairs of bearings, valves or other components that are within the manufacturer's acceptable specification limits. Normal wear and tear will be covered to the extent that normal wear causes the failure of a covered component or component group to operate within the manufacturer's accepted tolerances.

16. Failures or conditions which existed prior to YOUR purchase of this SERVICE CONTRACT (**pre-existing conditions**) or which occur during this CONTRACT's validation period.

17. Any modifications which have been made to YOUR VEHICLE by parties other than the manufacturer, unless performed by the manufacturer's authorized DEALER utilizing manufacturer approved components, included but not limited to any frame or suspension modification; lift kits or oversized/undersized tires or wheels.

18. Any component, or prior repair, which is covered by or subject to a third party warranty. This includes, but is not limited to, any prior repair that requires subsequent correction or remediation, or that occurs as a result of negligence, poor workmanship, or installation of improper or defective components.

19. Any repair for which the responsibility is covered by any warranty, guarantee or extended warranty of the manufacturer or a repair facility, regardless of whether the manufacturer or repair facility is in business or operational.

20. Any repair which is subject to the manufacturer acknowledging a defect or potential defect through a factory service bulletin ("TSB") or a factory recall.

21. Any liability, costs or damages that YOU may incur to third parties other than those approved by the ADMINISTRATOR for the repair and replacement of covered components.

22. Any consequential losses YOU incur as a result of the failure of a non-covered component, including damage to an otherwise covered component. There is no coverage at any time for lost business opportunity, time or inconvenience.

23. Scheduled maintenance (ex: oil changes, coolant flushes, tire rotations, etc...), wear or friction components including but not limited to: belts, brake pads, brake rotors, exhaust systems, catalytic converter, hoses, light bulbs, lubricants, wiper blades, spark plugs and wires, tires, wheel balancing, remote controls, audio speakers and wiring, cassettes, DVD's or discs, oil sludge, and manual clutch components, burnt valves, core charges, wheels/rims. Shop supplies and storage fees.

24. INELIGIBLE VEHICLES: Any commercial vehicle (ex: taxis, buses, government vehicles and construction vehicles. Any Vehicle not listed on the classification chart for this CONTRACT at the time of sale, any vehicle that has been in a flood; vehicles with True Mileage Unknown (TMU); Vehicles that do not have a valid Vehicle Identification Number (VIN); Trucks over 1 ton classification or that have a fifth wheel, vehicles modified from manufacturer's specifications; Vehicles with salvage titles, vehicles purchased by a minor.

## SUBROGATION

YOU agree that WE, after honoring a claim on YOUR CONTRACT, have all rights of subrogation against those who may be responsible for YOUR MECHANICAL BREAKDOWN or FAILURE. YOU shall do whatever is necessary to secure such rights. YOU shall do nothing to prejudice such rights, and YOU shall execute and deliver to ADMINISTRATOR instruments and papers required to either secure or maintain such rights. All amounts recovered by YOU for which YOU were previously reimbursed under YOUR CONTRACT shall become OUR property or the property of OUR designee and shall be forwarded to the same by YOU, up to the total amount paid by US under YOUR CONTRACT.

## ARBITRATION

**Read the following arbitration provision carefully. It limits certain of YOUR rights, including YOUR right to obtain relief or damages through court action.**

Any legal dispute between YOU and ADMINISTRATOR relating to this CONTRACT shall be resolved by binding arbitration. To begin Arbitration, either YOU or WE must make a written demand to the other party for Arbitration. The Arbitration will take place before a single arbitrator. It will be administered in keeping with the Binding Pre-Dispute Arbitration Rules ("Rules") of the Better Business Bureau ("BBB") in effect when the Claim is filed. YOU may get a copy of the BBB's Rules by contacting BBB at (290 Donald Lynch Boulevard Suite 102 Marlborough, MA 01752), calling (508) 652-4800, or visiting www.bbb.org. The filing fees to begin and carry out arbitration will be shared equally between YOU and US. The Federal Arbitration Act, 9 U.S.C. § 1, et seq., will govern and not any state law on arbitration. YOU agree and understand that this arbitration provision means that YOU give up YOUR right to go to court on any Claim covered by this provision. YOU also agree that any arbitration proceeding will only consider YOUR Claims. Claims by, or on behalf of, other individuals will not be arbitrated in any proceeding that is considering YOUR Claims. Please refer to the Special State Disclosures section of this CONTRACT for any added requirements in YOUR state. In the event this Arbitration provision is not approved by the appropriate state regulatory agency, and/or is stricken, severed, or otherwise deemed unenforceable by a court of competent jurisdiction, YOU and WE specifically agree to waive and forever give up the right to a trial by jury. Instead, in the event any litigation arises between YOU and US any such lawsuit will be tried before a judge, and a jury will not be impaneled or struck.

## TRANSFER OF SERVICE CONTRACT

This SERVICE CONTRACT may be transferred (only by original CONTRACT purchaser) to another private party upon the sale of the VEHICLE. This CONTRACT may not be transferred to a DEALER or with the VEHICLE as part of a trade-in. The transfer must be made at the time of the VEHICLE transfer. The ADMINISTRATOR must receive written confirmation of the transfer within fifteen (15) days of the transfer of the VEHICLE. A fee of $50.00 must be included with the request to transfer. The request must contain the following: the name, address and telephone number of the new VEHICLE owner and a copy of the Bill of Sale or Title showing transfer. Transfer of SERVICE CONTRACT does not include transfer of the 24-Hour Roadside Assistance Program. CONTRACTS being paid for as part of a payment plan must be paid in full prior to transfer. If the VEHICLE transfer causes any existing Manufacturer's warranty to become voidable then this CONTRACT is not eligible for transfer to the new owner.

## PAYMENT PLAN PROVISIONS

If YOU are paying for YOUR SERVICE CONTRACT on a payment or installment plan and YOU fail to make payments in full two (2) or more times during the term of YOUR installment plan, the ADMINISTRATOR may consider YOUR SERVICE CONTRACT terminated and modify the term of YOUR SERVICE CONTRACT to reflect the time and mileage that YOU have accrued and paid for. The ADMINISTRATOR will determine the amount YOU have paid less a $50.00 re-processing fee. The ADMINISTRATOR will apply the result to the original Purchase Date and Purchase Mileage of YOUR SERVICE CONTRACT to determine the revised Expiration Date and Expiration Mileage of YOUR SERVICE CONTRACT. Contact the ADMINISTRATOR at 888-990-7786 to receive the revised Expiration Date and Expiration Mileage of YOUR SERVICE CONTRACT.

## CANCELLATION OF SERVICE CONTRACT

**Cancellation by a Lienholder**
- In the event that YOUR VEHICLE and this SERVICE CONTRACT are financed, the lienholder on the DECLARATION PAGE may cancel this SERVICE CONTRACT for a default of the loan agreement or if YOUR VEHICLE is repossessed or declared a total loss due to an accident or theft.

**The ADMINISTRATOR reserves the right to cancel if:**
- YOUR VEHICLE meets any of the conditions listed under the "EXCLUSIONS" section of this CONTRACT or YOUR VEHICLE does not have a valid Vehicle Identification number (VIN).
- YOUR VEHICLE'S odometer fails during the term of this CONTRACT and YOU do not repair it and have it certified within 30 days of failure.

- The accurate mileage of YOUR VEHICLE cannot be determined at the time of a claim.
- Fraud or material misrepresentation is made at the time of CONTRACT purchase, or during the process of filing a claim.
- YOUR VEHICLE is stolen, totaled or repossessed.
- The ADMINISTRATOR is not paid for the SERVICE CONTRACT, or YOU fail to make timely payments to YOUR payment plan provider.
- YOUR VEHICLE is used in a manner for which it was not intended by the manufacturer, or in a manner that is not covered by the CONTRACT.

If the ADMINISTRATOR cancels this CONTRACT, YOU will receive a pro-rata refund of the CONTRACT charge paid, less any claims that have been paid or approved.

**YOU may cancel this CONTRACT by contacting the SELLER/DEALER or ADMINISTRATOR.**

- Requests received within 30 days of the CONTRACT purchase date will receive a full refund of the amount YOU paid for the CONTRACT, less any claim payments that have been paid or approved.
- Requests received after the first 30 days are subject to a pro-rated refund. The ADMINISTRATOR will calculate the total days and mileage that the CONTRACT was in force (whichever is greater) as compared to the total term of the CONTRACT. YOU will receive a refund of the unused portion of the CONTRACT less any claims that have been paid or approved and less a $50.00 cancellation fee. The amount of any refund due will be applied to any outstanding balance of the CONTRACT charge.

To initiate a cancellation YOU must contact the SELLER/DEALER or ADMINISTRATOR to complete and sign a cancellation form, or mail written notice to the ADMINISTRATOR which includes YOUR: CONTRACT Number, Full Name, Telephone number, reason for cancellation and YOUR signature. A notarized odometer statement or a receipt from a nationally recognized company that includes YOUR Vehicle Identification Number, current mileage of YOUR VEHICLE and the date of VEHICLE service must accompany YOUR request to cancel. The odometer statement or receipt that includes YOUR VEHICLEs mileage must be dated within 15 days of YOUR request to cancel (except in the case of repossessed, stolen or totaled vehicles. The ADMINISTRATOR may require supporting documentation under these circumstances).

When a Financial institution or a SELLER/DEALER has financed the purchase of this SERVICE CONTRACT the following will apply:

- If YOU cancel the SERVICE CONTRACT, the refund will be made payable to the lending institution.
- If YOUR VEHICLE is repossessed, totaled or not recovered due to theft, the refund will be made payable to the lienholder.
- Refunds not involving a lienholder will be made payable to the selling SELLER/DEALER or YOU based on the procedures of the ADMINISTRATOR.

# SunPath Funding Payment Plan Agreement

Service Contract #: **SAF076073**

| Buyer | Seller | Dealer #: CEL0493 |
|---|---|---|
| Name:<br>Robin Black | Name:<br>VAD | |
| Address:<br>█████████ | Address<br>2101 Business Center Dr 200 | |
| City, State, Zip:<br>████████ | City, State, Zip:<br>Irvine, CA 92612 | |
| Phone:<br>███████ | Phone:<br>866-336-1769 | |
| E-Mail: | Salesperson:<br>Brian Jordan | |

| Vehicle Information | | Contract Effective Date: 11/17/2019 | |
|---|---|---|---|
| Make:<br>TOYOTA | Model:<br>PRIUS | Year:<br>2015 | Odometer:<br>88,000 |
| VIN:<br>JTDKN3DUXF1881480 | | Coverage Term: (in months)<br>48 | Coverage Mileage: (in Miles)<br>100,000 |

You, the Buyer, may buy the Vehicle Service Contract ("VSC") for the cash price shown in the Itemization or according to the terms of this Payment Plan Agreement ("Agreement"). By signing this Agreement, you choose to buy the Vehicle Service Contract from the Seller according to this Agreement. The Vehicle Service Contract is issued by_____SUNPATH_____ ("Administrator"). The Vehicle Service Contract number is provided at the top of this Agreement. You and we agree to be bound by the terms of the Agreement. "We," "us" and "our" refer to the Seller shown above, and, upon assignment of this Agreement, to SunPath Funding, LLC, or its nominee. The Important Disclosures below are part of this Agreement.

Excepted as checked, you have purchased the Vehicle Service Contract primarily for personal, family or household use.
☐ Agricultural    ☐ Business

### Itemization of Payment Plan Amount:

| | | |
|---|---|---|
| (a) | PRICE *(before taxes)* | $ 4337.00 |
| (b) | TAXES on SALE | $ 0.00 |
| (c) | TOTAL SALE PRICE *(a + b)* | $ 4337.00 |
| (d) | DOWN PAYMENT | $ 216.85 |
| (e) | PAYMENT PLAN AMOUNT *(c – d)* | $ 4120.15 |

_____18_____ payments of $ __228.90__
are due monthly beginning __11/18__

# IMPORTANT DISCLOSURES

| ANNUAL PERCENTAGE RATE Your yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you | Amount Advanced The amount advanced on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your VSC, including your down payment. |
|---|---|---|---|---|
| | | | | Total Cost $ 4337.00 |
| 0% | $0.00 | $ 4120.15 | $ 4120.15 | Down Payment $ 216.85 |

### Payment Schedule

| Number of Payments | Amount of Each Payment | When Payments Are Due |
|---|---|---|
| 18 | $ 228.90 | Monthly beginning 11/18 |

**Security Interest:** You give us a security interest in any refund due upon cancellation of the Vehicle Service Contract.

**Late Charge:** Except as provided below, if you do not make your full payment within 5 days of its scheduled due date, you will pay a late charge of the lesser of $20 or 5% on the part of the payment that is late. If you live in <u>Arizona, California, Colorado, the District of Columbia, Florida, Georgia, Hawaii, Idaho, Indiana, Iowa, Kansas, New York, Oklahoma, South Carolina, Virginia, West Virginia, Wisconsin or Wyoming</u>, your late charge will be the lesser of $10 or 5% of the part of the payment that is late if you do not make your payment within 10 days of its scheduled due date. If you live in <u>Maine, Massachusetts, or Mississippi</u>, your late charge will be the lesser of $5 or 5% of the part of the payment that is late if you do not make your payment within 15 days of its scheduled due date. If you live in <u>North Carolina</u>, your late charge will be the lesser of $6 or 5% of the part of the payment that is late if you do not make your payment within 10 days of its scheduled due date.

**Prepayment:** If you pay off your payment plan early, you will not have to pay a penalty.

**Please read this Agreement for additional information on security interests, non-payment, default, and our right to require repayment in full before the scheduled maturity date.**

**PAYMENT OPTIONS:** You have paid Seller the Down Payment in the amount set forth above. You will make your remaining payments as scheduled and disclosed in the Important Disclosures to the Seller, or upon assignment, SunPath Funding, LLC, using the payment method you selected as defined below.

## AUTHORIZATION FOR CREDIT OR DEBIT CARD PAYMENT

Purchaser authorizes SPF (or its nominee) to make the applicable number of consecutive monthly charges to the Purchaser's credit/debit account listed below, in the amount and at the times disclosed above (including late charges or fees, if any). This authority will remain in effect until the Payment Plan Amount is paid in full, together with applicable charges if any, or until SPF (or its nominee) has received written notification of termination from Purchaser in time to allow reasonable opportunity to act on such notification.

Card Number: ____**************9616**____     Expiration Date: ____11/22____

**NOTICE TO BUYER:** (1) Do not sign this Agreement before you read it or if it contains any blank spaces. (2) You are entitled to an exact copy of this Agreement. (3) You have the right to cancel the Vehicle Service Contract at any time and make no further payments. (4) You have the right to pay in advance the full amount due without penalty. (5) Keep this Agreement to protect your legal rights.

**SunPath Funding, LLC – 50 Braintree Hill Office Park – Suite 310 – Braintree, MA 02184**
PH: (844) 831-2007 FAX: (855) 388-7500

BY SIGNING BELOW OR BY MAKING YOUR FIRST PAYMENT AFTER YOU HAVE RECEIVED A MAILED OR ELECTRONIC COPY OF THIS AGREEMENT, YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS AGREEMENT. YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT, INCLUDING THE ARBITRATION PROVISION BELOW, AND YOU AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT.

| BUYER | | SELLER | |
|---|---|---|---|
| X  *PER PHONE* | 10/18/2019 | By: X  *Brian Jordan* | 10/18/2019 |
| Signature | Date | Signature | Date |

In accordance with the terms and conditions of the agreement between Seller and SunPath Funding, LLC, Seller hereby assigns its right, title, and interest in this Agreement to SunPath Funding, LLC, at 50 Braintree Hill Office Park – Suite 310, Braintree, MA 02184

## ADDITIONAL TERMS AND CONDITIONS

**PAYMENT PLAN ADMINISTRATOR:** SunPath Funding, LLC administers this Payment Plan Agreement. Your account records will reflect payment made to SunPath Funding, LLC.

**PROMISE TO PAY.** You agree to pay us the Payment Plan Amount according to the terms of this Agreement.

**LATE CHARGE AND RETURNED PAYMENT CHARGES.** You agree to pay the late payment charges specified in the Important Disclosures. The applicable late charge is based upon your state of residence at the time you sign or ratify this Agreement.

<u>Except as provided below</u>, if any payment you make is returned unpaid for any reason, after we make any demand applicable law requires and wait the time applicable law requires, you agree to pay us a

returned payment charge of $25. If you live in <u>Arizona or Massachusetts</u>, you agree to pay a returned payment charge of $10. If you live in <u>California or Wisconsin</u>, you agree to pay a returned payment charge of $15. If you live in <u>Connecticut, Idaho, New York or Utah</u>, you agree to pay a returned payment charge of $20. If you live in the <u>District of Columbia, Iowa or Wyoming</u>, you will not pay returned payment charges. If you live in <u>Maine, Virginia, or Vermont</u>, you will be liable for returned payment charges as prescribed by a court if we take action against you.

All late charges, returned payment charges, or other fees you incur must be paid in the next monthly payment and in accordance with the payment option you select and/or in effect at the time of the next monthly payment.

**CANCELLATION AND ASSIGNMENT OF RIGHTS.** You have the right to cancel the Vehicle Service Contract at any time in accordance with the terms of the Vehicle Service Contract. If you exercise the right to cancel the Vehicle Service Contract before making all payments, you agree to send written notice of the cancellation to the Administrator and us. You authorize us to direct the Administrator/Seller to cancel the Vehicle Service Contract if we do not receive any payment within 10 days of the scheduled payment date, as applicable law allows.

You hereby grant us a security interest in and assign to us your right to receive refunds pursuant to the Vehicle Service Contract. If the Vehicle Service Contract is cancelled before you have paid the full Payment Plan Amount and any other fees or charges due to us under this Agreement, any refund due to you after proceeds are applied to your outstanding obligations under this Agreement (the "Buyer Refund") will be paid to you. The Buyer Refund is calculated in the manner described in the Vehicle Service Contract but based on amounts actually paid by you rather than the Total Sales Price of the Vehicle Service Contract. If you are entitled to a Buyer Refund, you will receive the refund from the Seller or the Administrator of the Vehicle Service Contract. No assignee of the Seller shall have a contractual or other responsibility under this Agreement or the Vehicle Service Contract to pay or calculate such refund, or for the performance of any other services required by the Vehicle Services Contract.

**PAYMENTS AFTER CANCELLATION.** Any payment you make after we receive a notice of cancellation will not constitute a reinstatement of the Vehicle Service Contract but will be applied to your outstanding obligations under this Agreement. Neither the acceptance nor the application of any payment will constitute the reinstatement of Vehicle Service Contract or constitute a waiver of any default hereunder.

**DEFAULT.** If you fail to make any payment when due or, subject to the requirement in this section, fail to comply with any other provision in this Agreement (default), after notice and any right to cure required by applicable law, we have the right to cancel the Vehicle Service Contract and take any action permitted by law to collect what you owe. Upon cancellation, you agree that we may collect and receive any refunds or proceeds with respect to the Vehicle Service

**SunPath Funding, LLC – 50 Braintree Hill Office Park – Suite 310 – Braintree, MA  02184**
Phone (844) 831-0907 or FAX (855) 786-7509

Case 3:21-cv-00023   Document 6-1   Filed 02/16/21   Page 25 of 32 PageID #: 33

Contract. We will apply those refunds and proceeds to your outstanding obligations under this Agreement. If there is a surplus in excess of $1.00, you are entitled to the surplus. Except where prohibited by applicable law, you hereby release and discharge us from any liability for damages with respect to cancellation of the Vehicle Service Contract due to default and you shall indemnify and hold us harmless from any liabilities, claims, damages or causes of action for any action taken as a result of your default under this Agreement. Our failure to require strict performance of any provision in this Agreement or to exercise any of our rights under this Agreement will not waive or relinquish any future right under this Agreement.

**If required by applicable law, we will only consider the failure to comply with other provisions of this Agreement an event of default if our prospect of payment, performance, or realization of collateral is significantly impaired. Where required, we bear the burden of establishing significant impairment

**POWER OF ATTORNEY**. In the event you default under the terms of this Agreement, and if allowed by applicable law, you hereby irrevocably appoint us as your true and lawful attorney-in-fact with respect to the Vehicle Service Contract until all amounts payable hereunder are paid in full. If allowed by applicable law, you agree that we will have full power under this power of attorney to (i) cancel or reinstate the Vehicle Service Contract, (ii) endorse or execute, in your name, all checks issued and all other documents or instruments relating to the Vehicle Service Contract, (iii) receive, demand, collect or sue for any amounts relating to the Vehicle Service Contract due and owing to us by the Administrator, insurer, Seller, or other obligor and (iv) take such other actions as are necessary to further the purposes of this Agreement.

**ACCEPTANCE, RATIFICATION, ACCURACY**. This Agreement shall be effective when signed by you and us, or where applicable, upon the first of the following events to occur after we mail you a copy of the Agreement (1) you sign and transmit to us a copy of the signed Agreement, in wet ink or electronically, or (2) you make your first payment. Either signature or payment according to the terms of the Agreement ratifies and makes effective your and our obligations under the Agreement. You may not modify the preprinted terms of this Agreement.

**SERVICING AND COLLECTION CONTACTS**. By providing your wireless (cell) telephone number, you expressly consent to receiving telephone calls from us, and any assignee of this Agreement, concerning your Agreement, including calls to collect what you owe. Live calls may be made by one of our employees. Calls may also be made by a prerecorded, autodialed voice or text message as applicable law allows. Your consent covers *all* types of calls. We do not charge you for such calls. Your wireless carrier will charge you for our incoming calls and text messages according to your plan.

**ENTIRE AGREEMENT**. This Agreement constitutes the entire agreement between you and us. It supersedes any other written or oral agreement between the parties, and, except as otherwise set forth herein, may be modified only in writing signed by us. No oral changes to the terms of this Agreement are binding on you or us.

**REMEDIES, GOVERNING LAW, WAIVERS**. This Agreement is governed and construed in accordance with federal law and the laws of the state of your residence as provided on the first page of this Agreement. Each provision in this Agreement will be interpreted so as to be effective and valid under applicable law. This Agreement includes an arbitration provision. By signing or ratifying this Agreement, you agree to be bound by the terms of the arbitration provision.

**MISCELLANEOUS**. The content and format of this Agreement has been adopted to provide you with important information in a clear and familiar form and its use does not imply that any particular federal or state law relating to lending or installment sales applies to this Agreement or transactions it contemplates. You expressly acknowledge and understand that the purchase of a Vehicle Service Contract is not required either to purchase or obtain financing for a vehicle. Time is of the essence in this Agreement.

For purchases primarily for personal, family or household use, the following disclosures applies.

**NOTICE: ANY HOLDER OF THIS AGREEMENT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

---

**ARBITRATION PROVISION. This Arbitration Provision significantly affects your rights in any dispute with us. Please read this Arbitration Provision carefully before you sign or ratify the Agreement.**

**EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT. IF A DISPUTE IS ARBITRATED, YOU AND WE WILL EACH GIVE UP CERTAIN RIGHTS THAT MAY BE AVAILABLE IN COURT, INCLUDING OUR RIGHT TO A TRIAL BY JURY. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US.**

---

Any claim or dispute, whether in contract, tort or otherwise (including the interpretation and scope of this clause and the arbitrability of any issue), between you and us or our employees, agents, successors or assigns, which arises out of or relates in any manner to this Agreement or any resulting relationship (including any such relationship with third parties who do not sign this Agreement, such as an assignee of the Agreement) shall, at your or our election (or the election of any such third party), be resolved by neutral, binding arbitration and not by a court action. Any claim or dispute is to be arbitrated on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. This is called the "class action waiver."

You may choose the applicable rules of either the American Arbitration Association ("AAA") or another arbitration organization, subject to our approval. You may obtain a copy of the rules of the AAA by visiting its web site (www.adr.org). We waive the right to require you to arbitrate an individual claim if the amount you seek to recover qualifies as a small claim under applicable law.

This Arbitration Provision relates to an agreement that evidences a transaction involving interstate commerce. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 *et seq.*).

The arbitrators shall be attorneys or retired judges and shall be selected in accordance with the applicable rules of the chosen arbitration organization. The arbitrator shall apply substantive governing law and the applicable statute of limitations. The arbitration award shall be in writing. The arbitration hearing shall be conducted in the federal district in which you live, or such other place convenient to you as required by the rules of the chosen arbitration organization. If you demand arbitration first, you will pay the filing fee if the chosen arbitration organization requires it. We will advance and/or pay any other fees and costs required by the rules of the chosen arbitration organization.

The arbitrator's award shall be final and binding on all parties. There shall be a limited right to appeal to the extent allowed by the Federal Arbitration Act. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous.

If any part of this Arbitration Provision other than the Class Action Waiver is found by a court or arbitrator to be unenforceable, the remainder shall be enforceable. If the Class Action Waiver is found by a court or arbitrator to be unenforceable, the remainder of this Arbitration Provision shall be unenforceable. This Arbitration Provision shall survive the termination of any contractual agreement between you and us, whether by default or repayment in full.

**STATE LAW DISCLOSURES:**

**OHIO.** If you reside in Ohio, the following disclosures applies: The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**SunPath Funding, LLC – 50 Braintree Hill Office Park – Suite 310 – Braintree, MA 02184**
**PH: (844) 831-0017  FAX: (855) 786-7500**

This page left intentionally blank.

This page left intentionally blank.

This page left intentionally blank.

POM110

392 - VSMS-SUNPATH-00 - SPSAGU - 7
VAD
2101 Business Center Dr 200
Irvine, CA 92612

ROBIN BLACK

your protection plan is enclosed



Hasler
10/22/2019
US POSTAGE

FIRST-CLASS MAIL
$00.80⁰

ZIP 30024
011D11638917

DM210

your protection plan is enclosed