UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**ROBIN BLACK**,

                Plaintiff,

v.

**SUNPATH, LTD., VEHICLE ACTIVATION DEPT. d/b/a VAD, NORTHCOAST WARRANTY SERVICES, and CELTIC MARKETING, LLC d/b/a CM AUTO CA**

                Defendant.

Case No. Case 3:21-cv-00023

## CONSENT MOTION TO WITHDRAWAL AS COUNSEL

Plaintiff, Robin Black, by and through her undersigned counsel, Amy L. B. Ginsburg, respectfully moves the Court for an Order granting its request to withdraw as attorney in the above-captioned action.

Amy L. B. Ginsburg is now with the firm, Ginsburg Law Group, P.C. Jacob U. Ginsburg of Kimmel & Silverman, P.C. was entered in this matter *pro hac vice* on September 21, 2021 and will continue to represent Plaintiff as counsel-in-charge. Mr. Ginsburg has been working with Mrs. Ginsburg on this matter since inception and is familiar with all aspects of the case.

Consequently, withdrawal of Amy L. Bennecoff Ginsburg will not prejudice any party or cause any delay. The undersigned counsel's firm also conferred with Defendants' counsel, who consents to the requested relief.

DATED: January 7, 2022

                */s/* Amy L. B. Ginsburg
                Amy L. B. Ginsburg, Esq.
                Kimmel & Silverman, PC
                196 West Ashland Street
                Doylestown, PA 18901
                T: 215-278-6564
                F: 855-777-0043
                efilings@ginsburglawgroup.com

## CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify on January 7, 2022, served a true and correct copy of Plaintiff's Consent Motion to Withdrawal in the above-captioned matter, upon parties of record via CM/ECF system.

DATED: January 7, 2022                         /s/ Amy L. B. Ginsburg
                                                                  Amy L. B. Ginsburg, Esq.
                                                                  Kimmel & Silverman, PC
                                                                  196 West Ashland Street
                                                                  Doylestown, PA 18901
                                                                  T: 215-278-6564
                                                                  F: 855-777-0043
                                                efilings@ginsburglawgroup.com