IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

ROBIN BLACK,
Plaintiff,                                           Case No. 3:21-cv-00023

v.                                                   District Judge William L. Campbell, Jr.
                                                     Magistrate Judge Jeffrey S. Frensley

SUNPATH, LTD., et al.,
Defendants.

## NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice that he will appear, be local counsel and represent the interests of Plaintiff, Robin Black, in the above-captioned action.

Respectfully submitted,

Harlan, Slocum & Quillen

/s/ Keith D. Slocum
Keith D. Slocum – BRP 023024
Harlan, Slocum & Quillen
39B Public Square
PO Box 949
Columbia, TN 38402
Phone: (931) 381-0660
Fax: (931) 381-7627
bknotices@robertharland.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed on February 9, 2021 via the court's ECF system, and a true and exact copy of the foregoing was served on February 9, 2022 via the Court's CM/ECF System to:

**Gregory M. Caffas**
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive
Suite 820
McLean, VA 22102
(703) 485-3533

Fax: (703) 485-3525
Email: gcaffas@rothjackson.com
*ATTORNEY TO BE NOTICED*

**J. Cole Dowsley , Jr.**
Thompson Burton PLLC
1801 West End Avenue
Suite 1550
Nashville, TN 37203
(615) 465-6003
Email: cole@thompsonburton.com
*ATTORNEY TO BE NOTICED*

**Joseph P. Bowser**
Roth Jackson Gibbons Condlin, PLC
1519 Summit Avenue
Suite 102
Richmond, VA 23230
(804) 441-8701
Fax: (804) 441-8438
Email: jbowser@rothjackson.com
*ATTORNEY TO BE NOTICED*

/s/ Keith D. Slocum
Keith D. Slocum – BRP 023024
Harlan, Slocum & Quillen