IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBIN BLACK, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   NO. 3:21-cv-00023 |
| v. | ) |
| | )   JUDGE CAMPBELL |
| SUNPATH LTD, et al., | )   MAGISTRATE JUDGE FRENSLEY |
| | ) |
|     Defendants. | ) |

## ORDER

I hereby recuse myself in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE